No. 97–1097. THE CORNER POCKET OF SIOUX FALLS, INC., ET AL. v. POWERHOUSE TECHNOLOGIES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1102. CULLEN v. GIBSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1106. HEYLIGER v. STATE UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1108. NASH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1111. CHAN v. WODNICKI, INDIVIDUALLY AND IN HIS FORMER CAPACITY AS DEPUTY SUPERINTENDENT OF THE CHICAGO POLICE DEPARTMENT. C. A. 7th Cir. Certiorari denied.

No. 97–1114. LUGO v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–1120. CANFIELD v. VAN ATTA BUICK/GMC TRUCK, INC. C. A. 2d Cir. Certiorari denied.

No. 97–1122. SMITH v. OREGON STATE BAR. Ct. App. Ore. Certiorari denied.

No. 97–1123. ROOTS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–1124. KLEINSCHMIDT INC. ET AL. v. COOK COUNTY, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 97–1126. CAPITAL COMMUNICATIONS FEDERAL CREDIT UNION v. BOODROW. C. A. 2d Cir. Certiorari denied.

No. 97–1129. GREEN v. GERBER PRODUCTS CO. C. A. Fed. Cir. Certiorari denied.

No. 97–1131. CRAWFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.